UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Norbert Horne,

    Defendant.
_____/

Case: 2:23-cr-20114
Judge: Cox, Sean F.
MJ: Altman, Kimberly G.
Filed: 02-21-2023

Violation:
18 U.S.C. § 922(g)(1)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm

On or about June 17, 2022, in the Eastern District of Michigan, defendant NORBERT HORNE, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in or affecting commerce, a firearm, that is: one (1) Smith & Wesson M&P Shield .40 caliber pistol, bearing serial number HYJ1681, in violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE**

The allegations contained in Count 1 of this Information are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

As a result of the foregoing violation of Title 18, United States Code, Section 922(g), as charged in Count 1 of this Information, defendant shall forfeit to the United States any firearm or ammunition involved in or used in any knowing violation of section 922(g), including, but not limited to the following: one (1) Smith & Wesson M&P Shield .40 caliber pistol, bearing serial number HYJ1681.


DAWN N. ISON
United States Attorney

CRAIG WININGER
Chief, Violent and Organized Crime Unit


*s/ Ranya Elzein*
RANYA ELZEIN
MARK BILKOVIC
Assistant United States Attorneys


Dated: February 21, 2023