UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

                Plaintiff

-vs-                                              No: 2:23CR20114-001
                                                Hon. Sean F. Cox

NORBERT HORNE,

                Defendant
_____/

## STIPULATED ORDER TO ADJOURN SENTENCE

      Through their respective counsel, the parties agree to adjourn the sentencing in this matter from January 10, 2024, at 2:00 p.m. for a period of sixty (60) days. The parties agree to adjourn the sentencing due to the upcoming holidays as defense counsel will be out of town and the parties are in need of additional time to prepare for sentencing.

      IT IS SO STIPULATED.

/s/Mark Bilkovic w/permission/consent      /s/Layne A. Sakwa
MARK BILKOVIC                                    ATTORNEY FOR DEFENDANT
Assistant U.S. Attorney

/s/Ranya Elzein w/permission/consent
RANYA ELZEIN
Assistant U.S. Attorney

      IT IS SO ORDERED.

                                            s/Sean F. Cox
                                            Sean F. Cox
                                            United States District Judge

Dated: December 21, 2023